| | |
|---|---|
| 1 | ROBBINS UMEDA LLP |
| | BRIAN J. ROBBINS (190264) |
| 2 | KEVIN A. SEELY (199982) |
| | JAY N. RAZZOUK (258511) |
| 3 | brobbins@robbinsumeda.com |
| | kseely@robbinsumeda.com |
| 4 | jrazzouk@robbinsumeda.com |
| | 600 B Street, Suite 1900 |
| 5 | San Diego, CA 92101 |
| | Telephone: (619) 525-3990 |
| 6 | Facsimile (619) 525-3991 |
| 7 | Attorneys for Plaintiff |
| 8 | [Additional Counsel on Signature Page] |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | ANTONIOS S. SOULIS, Derivatively on Behalf of NETFLIX, INC., ) ) ) | Case No. 5:12-cv-00927-HRL |
| 13 | Plaintiff, ) ) ) | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1)** |
| 14 | vs. ) ) | |
| 15 | REED HASTINGS, NEIL D. HUNT, THEORDORE A. SARANDOS, DAVID HYMAN, DAVID B. WELLS, PATTY MCCORD, LESLIE J. KILGORE, CHARLES H. GIANCARLO, JAY C. HOAG, TIMOTHY M. HALEY, RICHARD N. BARTON, GEORGE BATTLE, and ANN MATHER, ) ) ) ) ) ) ) ) ) | |
| 19 | Defendants, ) ) | |
| 20 | and ) ) | |
| 21 | NETFLIX, INC., a Delaware corporation, ) ) | |
| 22 | Nominal Defendant. ) ) | |

NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1) –
CASE NO. 5:12-CV-00927-HRL

1 TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

2 PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure ("Rule 41(a)(1)"), plaintiff Antonios S. Soulis ("Plaintiff") voluntarily dismisses the above-captioned action without prejudice, subject to Rule 23.1(c) of the Federal Rules of Civil Procedure ("Rule 23.1(c)").  Dismissal without prejudice is proper by notice pursuant to Rule 41(a)(1) because defendants have not filed an answer or a motion for summary judgment.  Plaintiff respectfully submits that no notice to shareholders is required under Rule 23.1(c) because neither Plaintiff nor Plaintiff's counsel has received or will receive any compensation for this dismissal, and shareholder derivative actions are pending in the Superior Court of California, County of Santa Clara, alleging identical or substantially similar claims on behalf of Netflix, Inc. as Plaintiff alleges in this action.

DATED: May 8, 2012

ROBBINS UMEDA LLP
BRIAN J. ROBBINS
KEVIN A. SEELY
JAY N. RAZZOUK

/s/ Kevin A. Seely
KEVIN A. SEELY

600 B Street, Suite 1900
San Diego, CA 92101
Telephone: (619) 525-3990
Facsimile  (619) 525-3991

GOLDFARB LLP
HAMILTON LINDLEY
2501 N. Harwood Street, Suite 1801
Dallas, TX 75201
Telephone: (214) 583-2257
Facsimile:  (214) 583-2234
hlindley@goldfarbllp.com

Attorneys for Plaintiff

729478

- 1 -
NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(A)(1) –
CASE NO. 5:12-CV-00927-HRL

- 2 -

1 **CERTIFICATE OF SERVICE**

2   I hereby certify that on May 8, 2012, I electronically filed the foregoing with the Clerk of the
3 Court using the CM/ECF system, will send notification of such filing to the e-mail address denoted
4 on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document
5 *via* the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice
6 List.

7
            /s/ Kevin A. Seely
8                  KEVIN A. SEELY

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28